IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| GREGORY M. LACKEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:09CV00062 SWW |
| | * | |
| CITY OF CLARKEDALE, ARKANSAS; ET AL., | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |

**Order**

On October 16, 2009, the Court stayed this action and directed the parties to file a status report within five days of the resolution of the state case. After almost three years, the parties have not filed a status report or otherwise initiated contact with the Court regarding the state case.

IT IS THEREFORE ORDERED that the Clerk administratively terminate this action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

DATED this 15th day of August, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE